IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA and      *
THE STATE OF GEORGIA, *ex rel.*,  *
PHIL FLEXON, M.D.,                *
                                  *
        Plaintiff,                *
                                  *
                v.                 *       CV 615-045
                                  *
MEADOWS REGIONAL MEDICAL CENTER,  *
INC.; and WAYNE WILLIAMS, M.D.,   *
                                  *
        Defendants.               *

---

**O R D E R**

---

Before the Court are: (i) the Government's motion to intervene for purposes of settlement; and (ii) the parties' stipulation of dismissal with regards to Counts 1 & 2 of the amended complaint.[1] (Docs. 44; 45.) The stipulation is signed by all parties in the case (*i.e.*, the Government, Relator, and Defendants). (Doc. 45.) Upon due consideration, the Court finds that the Government's motion to intervene is supported by good cause and that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that the Government's motion to intervene (doc. 44) is **GRANTED** and Counts 1 & 2 of the amended complaint (doc. 24) are **DISMISSED**. As each and every claim in this case has been dismissed, the Clerk is

---
[1] On October 19, 2017, the Court granted Relator and Defendants' stipulation of dismissal with prejudice with regards to Count 3 of the amended complaint. (See Doc. 43; see also Docs. 24, 42.)

directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA